IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

SUSAN E. McAMIS, )
)
v. ) 2:08-cv-0095
)
MICHAEL J. ASTRUE, Commissioner of )
Social Security )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends that Plaintiff's Motion for Judgment be GRANTED, Defendant's Motion for Judgment be DENIED, and the decision of the Commissioner be REVERSED and the cause REMANDED for further administrative proceedings. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Defendant's Motion for Judgment, Document #32, is **GRANTED**, the Defendant's Motion for Judgment, Document #40, is **DENIED**, and the decision of the Commissioner is **REVERSED** and this case is **REMANDED** for purposes of developing the record of prior awards and proceedings related to Plaintiff's mental functioning and any further evidentiary development that the Administrative Law Judge may deem necessary.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge